# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700 x 205
nshillito@hansassociates.com

June 23, 2010

*VIA ECF*

Honorable Ramon E. Reyes
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

      Re:    <u>Palma v. Veje Inc., et al.</u>
               <u>Case No. 09 CV 1997 (KAM)(RER)</u>

Dear Judge Reyes:

      This firm represents the Defendants in connection with the above-referenced case. The parties would like to jointly request that an in-person settlement conference be scheduled before Your Honor on June 29, 2010 at 2:00 p.m., a date recently proposed by chambers. In the event that this date/time is no longer available, the parties will promptly provide other available dates over the coming weeks. We apologize for the delay in submitting this request as we have had difficulty finding dates where the plaintiff and the defendants are all available.

                                Respectfully Submitted,

                                  /s/

                                Nils C. Shillito (NS-6755)

cc:    Helen F. Dalton & Associates, P.C. (via ecf)

www.hansassociates.com