```
 1                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF NEW YORK
 2

 3   ----------------------------------X
                                       :
 4   PALMA,                            :
                                       :    09-CV-1997
 5                  Plaintiff,         :
                                       :
 6           v.                        :
                                       :    225 Cadman Plaza East
 7   VEJE INC., et al.,                :    Brooklyn, New York
                                       :
 8                                     :    October 22, 2010
                    Defendants.        :
 9   ----------------------------------X

10
              TRANSCRIPT OF CIVIL CAUSE FOR SETTLEMENT
11             BEFORE THE HONORABLE RAMON E. REYES, JR.
                   UNITED STATES MAGISTRATE JUDGE
12

13   APPEARANCES:

14   For the Plaintiff:      ROMAN AVSHALUMOV, ESQ.

15

16

17   For the Defendant:      NILS SHILLITO, ESQ.

18

19

20

21   Court Transcriber:      SHARI RIEMER
                             TypeWrite Word Processing Service
22                           211 N. Milton Road
                             Saratoga Springs, New York 12866
23

24

25


     Proceedings recorded by electronic sound recording, transcript
     produced by transcription service
```

```
                                                                    2
 1   (Proceedings began at 2:49 p.m.)
 2              THE CLERK: Civil Cause for Status Conference, Docket
 3   Number 09-CV-1997, Palma v. Veje.
 4              Counsel for plaintiff, please state your name for
 5   the record.
 6              MR. AVSHALUMOV: Roman Avshalumov from the law
 7   offices of Helen Dalton & Associates.
 8              THE CLERK: And also with you?
 9              MR. AVSHALUMOV: That also would be my client, Mr.
10   Palma.
11              THE CLERK: Counsel for the defendant.
12              MR. SHILLITO:  Nils Shillito, Stephen Hans &
13   Associate for defendants.  With me is Vesna Denic and Gene
14   Gmerek.
15              THE COURT: I understand that we've reached a
16   settlement and the settlement is for a total of $17,500.00.
17   $5,000.00 will be paid in thirty days and then $700.00 a month
18   thereafter for 17 months and a final payment in the eighteenth
19   month of $600.00.
20              Mr. Avshalumov, did you explain the proposed
21   settlement to Mr. Palma?
22              MR. AVSHALUMOV: Yes, I have, Your Honor.
23              THE COURT: Did he understand it?
24              MR. AVSHALUMOV: Yes, he did.
25              THE COURT: Do you have authority on his behalf to
```

3

1  agree to that settlement?
2             MR. AVSHALUMOV: Yes, I do.
3             THE COURT: Ms. Denic and Ms. Gmerek, do you
4  understand the settlement?
5             MS. GMEREK:  Yes, we do.
6             THE COURT: Do you have authority on behalf of Veje
7  Inc. to agree to the settlement?
8             MS. GMEREK:  Yes.
9             THE COURT: Ms. Gmerek?
10            MS. GMEREK: Yes, we do.
11            THE COURT: Okay.  This settlement will be reduced to
12 a stipulation or a settlement agreement rather that you
13 parties will sign.  Whether or not that agreement is signed I
14 am going to mark this case as having been settled on the
15 record.  The settlement on the record is a binding settlement.
16 I would ask that you submit to me a stipulation of
17 discontinuance that provides for the court's continuing
18 jurisdiction over the settlement and its enforcement.
19            I've also been given the consent form indicating
20 that the parties consent to have me preside over the case for
21 all purposes.  We'll have Judge Matsumoto execute that and put
22 it on the docket. It will then become my case.  If you could
23 please get me the stipulation of discontinuance within the
24 next thirty days I would appreciate that too.
25            MR. AVSHALUMOV: Yes, Your Honor.

```
                                                           4
1            THE COURT: Anything else?
2            MR. SHILLITO: That's it, Your Honor.
3            MR. AVSHALUMOV: That's it.
4            THE COURT: Thank you very much.  It was good meeting
5  you all.
6                           *  *  *  *  *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    5
 1       I certify that the foregoing is a court transcript from
 2   an electronic sound recording of the proceedings in the above-
 3   entitled matter.
 4
 5                              _____
 6                                        Shari Riemer
 7   Dated:  January 14, 2011
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```